```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/6/2021  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. J.,

                Plaintiff,

-against-

THE CITY OF NEW YORK;
ABC NYC agency now known as
ADMINISTRATION FOR CHILDREN
SERVICES;
ACS LOCATION f/k/a "CAMILLA's HOUSE",
JOHN AND JANE DOES 1-10,

                Defendants.

21 Civ. 4482 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' proposed protective order (the "Proposed Order"). ECF No. 23. The Proposed Order states that in discovery, the parties may seek and produce records which "may be deemed confidential under federal, state, and local laws and regulations, as well as by policy and practice of the New York City Administration for Children's Services . . . and/or the New York State Office of Children and Family Services, or that [are] non-public and/or confidential, proprietary, personal, or sensitive in nature." Proposed Order at 1. The Proposed Order then identifies seven categories of documents that will be designated "Confidential Material" on this basis. *Id.* ¶ 1. The Proposed Order also provides that any court document containing Confidential Material filed by the parties will be sealed. *Id.* ¶ 8. Sealing of court documents must be justified by "higher values" and be "narrowly tailored." *United States v. Erie Cty.*, 763 F.3d 235, 239 (2d Cir. 2014).

      Accordingly, by **August 13, 2021**, the parties shall submit a letter to the Court providing support for the sealing of each category of materials specified in Paragraph 1 of the Protective Order. Alternatively, the parties may submit a revised protective order providing that, prior to filing materials designated as confidential by the parties, they may move for the Court to seal those specific materials.

      SO ORDERED.

Dated: August 6, 2021
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge