MEMO ENDORSED

# PAWAR LAW GROUP P.C.
### ATTORNEYS AT LAW
20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

SO ORDERED:

Application GRANTED. The conference is adjourned to November 10, 2021 at 2:30 p.m.

_____
**Ona T. Wang**        10/5/21
United States Magistrate Judge

October 4, 2021

**BY ECF**
The Honorable Ona T. Wang
United States Magistrate Judge

Re:    *Anthony Jerez v. The City of New York, et al.,* 21 CV 4482 (AT) (OTW)

Dear Judge Wang:

    I represent the plaintiff in this action who alleges that as a juvenile, he was drugged and anally raped by a male counselor while in the custody of the municipal defendant approximately 24 years ago.

    With defense counsel's consent, I write seeking an adjournment of the settlement conference scheduled for October 12, 2021.

    This incident transpired more than two decades ago. To locate records, more specifically medical records, has been challenging to say the least. Both parties have been working hard to locate various medical providers and then obtain their records. We have been successful in obtaining records from more than five (5) providers. However, upon information and belief, we have to track down additional medical providers and attempt to obtain those records.

    This is an unusual case because the allegations go back decades. Neither party is dragging it's feet. On the contrary, both this office and defense counsel are collaborating with each other to obtain as many records as possible to have a meaningful settlement conference. Given all these hurdles, both parties need additional time.

    We, therefore, request that the Court adjourn the settlement conference to any of the following dates that is convenient for the Court's schedule or a later date:

    November 10, 11, 12, 15, 16, 17, 19; December 10, 14, 15, 16, 17.

1

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:  Ms. Carolyn E. Kruk
     *Senior Counsel*