```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. J.,

                Plaintiff,

-against-

THE CITY OF NEW YORK;
ABC NYC agency now known as
ADMINISTRATION FOR CHILDREN
SERVICES;
ACS LOCATION f/k/a "CAMILLA's HOUSE",
JOHN AND JANE DOES 1-10,

                Defendants.

21 Civ. 4482 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 7, 2021 is ADJOURNED to **December 21, 2021**, at **10:40 a.m.** By **December 14, 2021**, the parties shall submit a status letter pursuant to the Court's order dated July 27, 2021, ECF No. 20.

    SO ORDERED.

Dated: December 3, 2021
          New York, New York

                                                  ANALISA TORRES
                                          United States District Judge