Case 1:21-cv-04482-AT Document 35 Filed 12/08/21 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2021



**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| GEORGIA M. PESTANA<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>office: (212) 356-0893<br>cell: (646) 393-7631<br>ckruk@law.nyc.gov |

December 7, 2021

**By ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *A.J. v. City of New York et al.*, 21-cv-04482 (AT)(OTW)

Dear Judge Torres:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and assigned to represent defendant City of New York (the "City") in the above-referenced matter wherein Plaintiff A.J. alleges violations of his Fourth and Fourteenth Amendment rights pursuant to 42 U.S.C. § 1983, as well as violations of his rights under state and local human rights laws, and state common law, in connection with the physical and sexual abuse he alleges he experienced while in the City's custody in a juvenile facility in 1996. With Plaintiff counsel, Vik Pawar's consent, I write to request that the case management conference currently scheduled for December 21, 2021 at 10:40 a.m. be adjourned to a date after January 5, 2022, as I will be out of the country from December 15, 2021 to January 4, 2022.

      On December 3, 2021, the Court adjourned the December 7, 2021 case management conference to December 21, 2021 at 10:40 a.m. *See* Dkt. No. 33. I respectfully requests an adjournment of this conference as I will be out of the office between December 15, 2021 and January 4, 2022 visiting my immediate family in Canada for the first time in two years.

      This is Defendant's first request that the December 21, 2021 conference be adjourned. The parties are both available on January 7, 11, 12 and 14, 2022 or another later date that is convenient to the Court. Thank you for your consideration of this request.

GRANTED. The case management conference scheduled for December 21, 2021, is ADJOURNED to **January 24, 2022**, at **11:20 a.m.**

SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                                          ANALISA TORRES
                                                    United States District Judge